UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
49376
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for ACAR Leasing LTD, d/b/a GM Financial Leasing
JM-5630

In Re:
ROBERT A. ROCHE
CHRISTINA ROCHE

Order Filed on August 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-10621 (VFP)

Adv. No.:

Hearing Date: 8-15-2019

Judge: Hon. Vincent F. Papalia

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 23, 2019**

_/s/ Vincent F. Papalia_
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)
Debtor:  Robert and Christine Roche  / 49376
Case No:  19-10621 (VFP)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **ACAR Leasing LTD, d/b/a GM Financial Leasing** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Walter Stefandai** to permit **ACAR Leasing LTD, d/b/a GM Financial Leasing** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2016 GMC Acadia
Vehicle Identification Number
1GKKVRKD3GJ225973