**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit O2B
Montville, NJ 07045
Phone: 973-794-3960
Attorney for Debtor

Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert A & Christina Roche,

Debtor(s)

Case No.   19-10621

Chapter:   13

Hearing Date:   9/4/19 @ 2:00 p.m.

Judge: Hon. Vincent F Papalia

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: September 11, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:  2
Debtors: Robert A & Christina Roche
Case No. 19-10621
Caption:  Order Granting Supplemental Chapter 13 Fees
_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Andrea Silverman, Esq., is allowed of fee of $9,283.50 for additional services and $540.50 for disbursements for a total of $9,824.00 less $5,800.00 previously received for a remaining balance of $4,024.00.  The allowance shall be payable:

_____X____        through the Chapter 13 plan as an administrative priority.


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.