|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR **9004-2(c)**<br><br>ANDREA SILVERMAN, PC (AS5218)<br>150 River Road,<br>Unit O2B<br>Montville, NJ 07045<br>Phone: 973-794-3960<br>Attorney for Debtor | Order Filed on September 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| In Re: | Case No. | 19-10621 |
|---|---|---|
| Robert A & Christina Roche, | Chapter: | 13 |
|  | Hearing Date: | 9/4/19 @ 2:00 p.m. |
| Debtor(s) | Judge: Hon. Vincent F Papalia | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: September 11, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:   2
Debtors: Robert A & Christina Roche
Case No. 19-10621
Caption:  Order Granting Supplemental Chapter 13 Fees
_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Andrea Silverman, Esq., is allowed of fee of $9,283.50 for additional services and $540.50 for disbursements for a total of $9,824.00 less $5,800.00 previously received for a remaining balance of $4,024.00.  The allowance shall be payable:

_____X_____      through the Chapter 13 plan as an administrative priority.


_____      outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert A Roche  
Christina Roche  
      Debtors

Case No. 19-10621-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 1     Date Rcvd: Sep 11, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.  
db/jdb        +Robert A Roche,    Christina Roche,    17 Shawnee Path,    Millington, NJ 07946-1525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:

         Andrea Silverman    on behalf of Joint Debtor Christina Roche court@andreasilvermanlaw.com, r62214@notify.bestcase.com  
         Andrea Silverman    on behalf of Debtor Robert A Roche court@andreasilvermanlaw.com, r62214@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-7AX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-7AX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 8