UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Andrea Silverman, PC
150 River Road, O2B
Montville, NJ 07045
(973)794-3960/(973)794-3962(fax)
Baar ID 018642004
Attorney for Debtor(s)

In Re:

Robert and Christina Roche

**Order Filed on November 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____19-10621_____

Chapter: _____13_____

Judge: _____VFP_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 21, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation filed by _____Debtors_____, on

_____6/13/2019_____, and a Request for

❑   Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____,

and for good cause shown

❑   Early Termination of the Loss Mitigation Period having been filed by _____,

and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____2/14/2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*new.8/1/11*