Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−10621−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert A Roche      Christina Roche
  17 Shawnee Path      17 Shawnee Path
  Millington, NJ 07946      Millington, NJ 07946

Social Security No.:
  xxx−xx−0765      xxx−xx−6322

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/20/20 at 10:00 AM

to consider and act upon the following:

*59* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of U.S. Bank National Association, et al.... Objection deadline is 1/16/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

*61* − Objection to SLS Applicatio for EArly Termination of LMP (related document:59 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of U.S. Bank National Association, et al.... Objection deadline is 1/16/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor U.S. Bank National Association, et al...) filed by Andrea Silverman on behalf of Christina Roche, Robert A Roche. (Attachments: # 1 Certificate of Service) (Silverman, Andrea)

Dated: 1/17/20

                                                                Jeanne Naughton
                                                                 Clerk, U.S. Bankruptcy Court