Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10621−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert A Roche | Christina Roche |
| 17 Shawnee Path | 17 Shawnee Path |
| Millington, NJ 07946 | Millington, NJ 07946 |

Social Security No.:
   xxx−xx−0765                                               xxx−xx−6322

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/20/20 at 10:00 AM

to consider and act upon the following:

**59** − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of U.S. Bank National Association, et al.... Objection deadline is 1/16/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Carlon, Denise)

**61** − Objection to SLS Applicatio for EArly Termination of LMP (related document:59 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of U.S. Bank National Association, et al.... Objection deadline is 1/16/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor U.S. Bank National Association, et al...) filed by Andrea Silverman on behalf of Christina Roche, Robert A Roche. (Attachments: # 1 Certificate of Service) (Silverman, Andrea)

Dated: 1/17/20

                                                                       Jeanne Naughton
                                                                       Clerk, U.S. Bankruptcy Court

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                                 Case No. 19-10621-VFP
Robert A Roche                                                         Chapter 13
Christina Roche
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1           Date Rcvd: Jan 17, 2020
                            Form ID: ntchrgbk      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db/jdb       +Robert A Roche,   Christina Roche,   17 Shawnee Path,   Millington, NJ 07946-1525
cr           +ACAR Leasing LTD d/b/a GM Financial Leasing,   4000 Embarcadero Dr.,   Arlington, TX 76014-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 00:29:29
              Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              Andrea   Silverman    on behalf of Debtor Robert A Roche court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Andrea   Silverman    on behalf of Joint Debtor Christina  Roche court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-7AX, U.S. Bank
               National Association, as Trustee, successor in interest to Bank of America, National Association,
               as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-7AX, U.S.
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8