| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ANDREA SILVERMAN, PC (AS5218)<br>150 River Road,<br>Unit O2B<br>Montville, NJ 07045<br>Phone: 973-794-3960<br>Attorney for Debtor | Order Filed on February 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>Robert A & Christina Roche,<br><br>Debtor(s) | Case No.    19-10621<br>Chapter:    13<br>Hearing Date:   2/6/2020 @ 2:00 p.m.<br>Judge: Hon. Vincent F Papalia |

**ORDER GRANTING POST-CONFIRMATION CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: February 13, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page:   2
Debtors: Robert A & Christina Roche
Case No. 19-10621
Caption:  Order Granting Post-Confirmation Chapter 13 Fees
_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Andrea Silverman, Esq., is allowed of fee of $1,524.00 for additional services and $48.00 for disbursements for a total owing of $1,572.00.  The allowance shall be  payable:

_____X____         through the Chapter 13 plan as an administrative priority.

_____         outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that should this case terminate due to dismissal, or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.