Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10621−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert A Roche
17 Shawnee Path
Millington, NJ 07946

Christina Roche
17 Shawnee Path
Millington, NJ 07946

Social Security No.:
xxx−xx−0765

xxx−xx−6322

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/4/20 at 10:00 AM

to consider and act upon the following:

**79** − Creditor's Certification of Default (related document:37 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2007−7AX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association. Objection deadline is 05/11/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears and Resolving Motion for Relief # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

**80** − Certification in Opposition to (related document:79 Creditor's Certification of Default (related document:37 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2007−7AX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association. Objection deadline is 05/11/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Order Curing Post−Petition Arrears and Resolving Motion for Relief # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2007−7AX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association) filed by Jenee K. Ciccarelli on behalf of Christina Roche, Robert A Roche. (Attachments: # 1 Certificate of Service) (Ciccarelli, Jenee)

Dated: 5/11/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court