Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19–10621–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert A Roche                          Christina Roche
17 Shawnee Path                         17 Shawnee Path
Millington, NJ 07946                    Millington, NJ 07946

Social Security No.:
    xxx–xx–0765

                                        xxx–xx–6322

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/4/20 at 10:00 AM

to consider and act upon the following:

*79* – Creditor's Certification of Default (related document:37 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2007–7AX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association. Objection deadline is 05/11/2020. (Attachments: # 1 Certification Regarding Post–Petition Payment History # 2 Exhibit Order Curing Post–Petition Arrears and Resolving Motion for Relief # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

*80* – Certification in Opposition to (related document:79 Creditor's Certification of Default (related document:37 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2007–7AX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association. Objection deadline is 05/11/2020. (Attachments: # 1 Certification Regarding Post–Petition Payment History # 2 Exhibit Order Curing Post–Petition Arrears and Resolving Motion for Relief # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2007–7AX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association) filed by Jenee K. Ciccarelli on behalf of Christina Roche, Robert A Roche. (Attachments: # 1 Certificate of Service) (Ciccarelli, Jenee)

Dated: 5/11/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-10621-VFP
Robert A Roche                                                            Chapter 13
Christina Roche
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin              Page 1 of 1              Date Rcvd: May 11, 2020
                                 Form ID: ntchrgbk         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db/jdb      +Robert A Roche,   Christina Roche,   17 Shawnee Path,   Millington, NJ 07946-1525
cr          +ACAR Leasing LTD d/b/a GM Financial Leasing,   4000 Embarcadero Dr.,   Arlington, TX 76014-4101
cr          +Specialized Loan Servicing, LLC, as servicer for M,   P.O. Box 340514,   Tampa, FL 33694-0514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 00:14:59
             Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
          Andrea  Silverman   on behalf of Debtor Robert A Roche court@andreasilvermanlaw.com,
          r62214@notify.bestcase.com
          Andrea  Silverman   on behalf of Joint Debtor Christina  Roche court@andreasilvermanlaw.com,
          r62214@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-7AX, U.S. Bank
          National Association, as Trustee, successor in interest to Bank of America, National Association,
          as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, et al...
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Gavin  Stewart   on behalf of Creditor   Specialized Loan Servicing, LLC, as servicer for Morgan
          Stanley Mortgage Loan Trust 2007-7AX, U.S. Bank National Association, as Trustee, successor in
          interest to Bank of America, National Association bk@stewartlegalgroup.com
          Jenee K. Ciccarelli   on behalf of Joint Debtor Christina  Roche info@jc-lawpc.com,
          nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
          Jenee K. Ciccarelli   on behalf of Debtor Robert A Roche info@jc-lawpc.com,
          nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
          John R. Morton, Jr.   on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
          ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-7AX, U.S.
          Bank National Association, as Trustee, successor in interest to Bank of America, National
          Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 11