| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | Order Filed on June 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Robert A. Roche and<br>Christina Roche<br><br>                                        Debtors. | Chapter: 13<br><br>Case No.: 19-10621-VFP<br><br>Hearing Date: June 4, 2020<br><br>Judge Vincent F. Papalia |

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 10, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:             Robert A. Roche and Christina Roche
Case No.:           19-10621-VFP
Caption of Order:   **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

    THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Specialized Loan Servicing, LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2007-7AX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee ("Creditor"), and whereas the Debtor and Creditor seek to resolve the COD, it is hereby stipulated and agreed to that:

    1.    As of May 13, 2020, the total post-petition arrearage on the underlying loan secured by the mortgage on the following property, **17 Shawnee Path, Millington, NJ 07946** ("Property"), was **$31,077.83**.

    2.    The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the Property provided that the Debtor complies with the following:

    a. On or before July 31, 2020, cure the entire post-petition arrearage amount by paying the same directly to Creditor;

    b. Resume making the ongoing contractual payments due to Creditor as each becomes due, beginning with the June 1, 2020 payment; and

    c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

    3.    All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, P.O. Box 636007, Littleton Colorado, 80163**.

4. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

5. If the Debtor fails to cure the default within seventy-two (72) hours after Creditor provides Debtor, Debtor's counsel or an agent of Debtor's counsel, with telephonic or written notice of the failure to make the payment due, Creditor may submit a proposed order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the Property.

**STIPULATED AND AGREED:**

Jenee K. Ciccarelli, Esq.
Ciccarelli Law, PC
47 Park Avenue, Suite 304
West Orange, NJ 07052

/s/Gavin N. Stewart
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602