UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0963)
Ciccarelli Law, PC
47 Park Ave., Ste. 304
West Orange, NJ 07052
Phone: (973) 737-9060
Fax: (973) 619-0023
Email: jenee@jc-lawpc.com
Attorney for Debtors

In Re:

Robert & Christina Roche,

Debtors.

Case No.: 19-10621
Chapter: 13
Adv. No.:
Hearing Date: 2/17/2022
Judge: Vincent Papalia

## CERTIFICATION OF SERVICE

1. I, __Nyrva Redmond__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jenee K. Ciccarelli__, who represents __the Debtors__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __January 11, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Chapter 13 Debtors' Certification in Opposition

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 11, 2022

/s/ Nyrva Redmond
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, New Jersey 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |