UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Road, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
Email: jenee@jc-lawpc.com
Attorney for Debtors

In Re:

Robert A. Roche and Christina Roche,

                      Debtors.



Order Filed on February 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13**

Case No. 19-10621

Honorable Vincent Papalia

Hearing: 2/1/24

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES
### (Period 2/20/20 thru 1/1/24)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 7, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtors:  Robert A. Roche and Christina Roche,
Case No. 19-10621
Caption: ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

---

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED** that Jenee Ciccarelli, Esq. is allowed the fee of $5,332.50 for additional services and $27.73 for additional disbursements for a total due of $5,360.23, less $2,000.00 previously received for a remaining balance of $3,360.23.  The allowance shall be payable:

__x___    partial payment of $2,412.24 through the Chapter 13 plan as an administrative priority;

__x___    remaining balance of $947.99 outside the Chapter 13 plan.

**ORDERED** that should this case terminate due to dismissal, or for any reason other than conversion, Marie Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.