UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Road, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
Email: jenee@jc-lawpc.com
Attorney for Debtors

_____

In Re:

Robert A. Roche and Christina Roche,

                      Debtors.

Order Filed on February 7, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Chapter 13**

Case No. 19-10621

Honorable Vincent Papalia

Hearing: 2/1/24

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES
**(Period 2/20/20 thru 1/1/24)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 7, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtors:  Robert A. Roche and Christina Roche,
Case No. 19-10621
Caption: ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES
-----------------------------------------------------------------------------------------------------------------

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED** that Jenee Ciccarelli, Esq. is allowed the fee of $5,332.50 for additional services and $27.73 for additional disbursements for a total due of $5,360.23, less $2,000.00 previously received for a remaining balance of $3,360.23.  The allowance shall be payable:


__X___  partial payment of $2,412.24 through the Chapter 13 plan as an administrative priority;


__X___  remaining balance of $947.99 outside the Chapter 13 plan.


**ORDERED** that should this case terminate due to dismissal, or for any reason other than conversion, Marie Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-10621-VFP
Robert A Roche                                                                        Chapter 13
Christina Roche
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2
Date Rcvd: Feb 07, 2024               Form ID: pdf903                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

**Recip ID             Recipient Name and Address**
db/jdb                + Robert A Roche, Christina Roche, 17 Shawnee Path, Millington, NJ 07946-1525

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

**Name                         Email Address**

Denise E. Carlon
                            on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-7AX  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                            on behalf of Creditor U.S. Bank National Association  et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
                            on behalf of Creditor Specialized Loan Servicing  LLC, as servicer for Morgan Stanley Mortgage Loan Trust 2007-7AX, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association bk@stewartlegalgroup.com

Jenee K. Ciccarelli
                            on behalf of Joint Debtor Christina Roche info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Jenee K. Ciccarelli

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 07, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| John R. Morton, Jr. | on behalf of Debtor Robert A Roche info@jc-lawpc.com  nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8