Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 12, 2024

**Chapter 13 Case # 19-10621**

Re:  ROBERT A ROCHE  
     CHRISTINA ROCHE  
     17 SHAWNEE PATH  
     MILLINGTON, NJ  07946

Atty:  JENEE K. CICCARELLI  
      CICCARELLI LAW, PC  
      239 NEW ROAD  
      BUILDING A, SUITE 301  
      PARSIPPANY, NJ  07054

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $131,127.98**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/04/2019 | $300.00 | 5674292000 | 03/21/2019 | $300.00 | 5716693000 |
| 04/10/2019 | $300.00 | 5772981000 | 05/14/2019 | $225.00 | 5859740000 |
| 06/17/2019 | $1,500.00 | 5941413000 | 07/30/2019 | $1,500.00 | 6051074000 |
| 08/23/2019 | $1,500.00 | 6115177000 | 09/30/2019 | $1,500.00 | 6209716000 |
| 11/01/2019 | $1,500.00 | 6297444000 | 12/02/2019 | $1,500.00 | 6372669000 |
| 01/02/2020 | $1,500.00 | 6444779000 | 01/31/2020 | $1,500.00 | 6521058000 |
| 03/04/2020 | $1,500.00 | 6613070000 | 04/02/2020 | $1,500.00 | 6680997000 |
| 05/01/2020 | $1,500.00 | 6752521000 | 06/01/2020 | $1,500.00 | 6832674000 |
| 07/10/2020 | $1,500.00 | 6932323000 | 07/13/2020 | $1,500.00 | 6932330000 |
| 08/05/2020 | $1,500.00 | 6992617000 | 09/11/2020 | $2,622.00 | 7079377000 |
| 10/21/2020 | $2,622.00 | 7172634000 | 11/23/2020 | $2,622.00 | 7254133000 |
| 01/04/2021 | $2,622.00 | 7344387000 | 01/13/2021 | $2,622.00 | 7377026000 |
| 03/01/2021 | $2,622.00 | 7486778000 | 05/03/2021 | $5,244.00 | 7639311000 |
| 06/02/2021 | $2,622.00 | 7709548000 | 07/01/2021 | $2,622.00 | 7777271000 |
| 08/02/2021 | $2,622.00 | 7849708000 | 10/01/2021 | $2,622.00 | 7983834000 |
| 10/04/2021 | $2,622.00 | 7983883000 | 01/12/2022 | $9,997.00 | 8206100000 |
| 01/12/2022 | $490.98 | 8206103000 | 02/17/2022 | $2,622.00 | 8281871000 |
| 03/23/2022 | $2,622.00 | 8356590000 | 05/02/2022 | $2,622.00 | 8436958000 |
| 06/01/2022 | $2,622.00 | 8499974000 | 07/01/2022 | $2,622.00 | 8562248000 |
| 07/29/2022 | $2,622.00 | 8616064000 | 08/31/2022 | $2,622.00 | 8678373000 |
| 09/28/2022 | $2,622.00 | 8732363000 | 11/08/2022 | $2,622.00 | 8816477000 |
| 12/01/2022 | $2,622.00 | 8856881000 | 01/03/2023 | $2,622.00 | 8912814000 |
| 02/23/2023 | $2,622.00 | 9013319000 | 02/23/2023 | $2,623.00 | 9013350000 |
| 02/28/2023 | $2,622.00 | 9023514000 | 03/31/2023 | $2,622.00 | 9083716000 |
| 05/01/2023 | $2,622.00 | 9138212000 | 06/01/2023 | $2,622.00 | 9196638000 |
| 06/28/2023 | $2,622.00 | 9243853000 | 07/28/2023 | $2,622.00 | 9296733000 |
| 09/01/2023 | $2,622.00 | 9357079000 | 09/28/2023 | $2,622.00 | 9401617000 |
| 10/30/2023 | $2,622.00 | 9454158000 | 11/28/2023 | $2,622.00 | 9503006000 |

**Chapter 13 Case # 19-10621**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/28/2023 | $2,622.00 | 9552289000 | | | |

**Total Receipts: $131,127.98 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $131,127.98**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 7,590.74 | |
| ATTY | ATTORNEY | ADMIN | 8,008.24 | 100.00% | 8,008.24 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | UNITED STATES TREASURY/IRS | PRIORITY | 30,925.79 | 100.00% | 30,925.79 | |
| 0002 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 57,208.63 | 100.00% | 57,208.63 | |
| 0006 | ACAR LEASING LTD | UNSECURED | 273.65 | * | 6.59 | |
| 0008 | UNITED STATES TREASURY/IRS | UNSECURED | 38,796.35 | * | 934.31 | |
| 0009 | UNITED STATES TREASURY/IRS | SECURED | 23,740.00 | 100.00% | 23,740.00 | |
| 0010 | STATE OF NJ | UNSECURED | 90,633.60 | * | 2,182.68 | |
| 0011 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | |
| 0012 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $131,127.98**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ACAR LEASING LTD | | | | | | |
| | 01/08/2024 | $6.59 | 921506 | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 07/15/2019 | $23.29 | 829933 | 10/21/2019 | $6.48 | 836005 |
| | 11/18/2019 | $32.32 | 838051 | 12/16/2019 | $31.11 | 839932 |
| | 02/10/2020 | $27.83 | 843695 | 03/16/2020 | $31.11 | 845628 |
| | 04/20/2020 | $31.11 | 847586 | 05/18/2020 | $29.54 | 849394 |
| | 06/15/2020 | $29.54 | 851081 | 07/20/2020 | $30.36 | 852938 |
| | 08/17/2020 | $60.71 | 854770 | 09/21/2020 | $1,198.31 | 856636 |
| | 10/19/2020 | $2,094.64 | 858476 | 10/19/2020 | $11.37 | 858476 |
| | 12/21/2020 | $7.24 | 861346 | 12/21/2020 | $2,094.65 | 861346 |
| | 01/11/2021 | $2,094.64 | 863150 | 01/11/2021 | $7.23 | 863150 |
| | 02/22/2021 | $14.47 | 864798 | 02/22/2021 | $4,189.29 | 864798 |
| | 04/19/2021 | $2,094.64 | 868321 | 04/19/2021 | $7.24 | 868321 |
| | 06/21/2021 | $14.70 | 872021 | 06/21/2021 | $4,257.21 | 872021 |
| | 07/19/2021 | $2,128.62 | 873829 | 07/19/2021 | $7.35 | 873829 |
| | 08/16/2021 | $7.35 | 875515 | 08/16/2021 | $2,128.61 | 875515 |
| | 09/20/2021 | $2,128.61 | 877238 | 09/20/2021 | $7.35 | 877238 |
| | 11/17/2021 | $14.86 | 880721 | 11/17/2021 | $4,302.50 | 880721 |
| | 02/14/2022 | $8,604.99 | 885692 | 02/14/2022 | $29.73 | 885692 |
| | 04/18/2022 | $7.43 | 889083 | 04/18/2022 | $2,151.25 | 889083 |
| | 05/16/2022 | $2,185.22 | 890809 | 05/16/2022 | $7.55 | 890809 |
| | 06/20/2022 | $7.55 | 892474 | 06/20/2022 | $2,185.22 | 892474 |
| | 07/18/2022 | $2,185.22 | 894213 | 07/18/2022 | $7.55 | 894213 |
| | 08/15/2022 | $7.55 | 895774 | 08/15/2022 | $2,185.22 | 895774 |
| | 09/19/2022 | $2,185.22 | 897370 | 09/19/2022 | $7.55 | 897370 |
| | 10/17/2022 | $7.55 | 899035 | 10/17/2022 | $2,185.22 | 899035 |
| | 11/14/2022 | $2,185.22 | 900608 | 11/14/2022 | $7.54 | 900608 |
| | 12/12/2022 | $7.39 | 902176 | 12/12/2022 | $2,139.94 | 902176 |
| | 01/09/2023 | $304.19 | 903662 | 01/09/2023 | ($304.19) | 903662 |
| | 01/09/2023 | $304.19 | 904808 | 01/09/2023 | $1.05 | 903662 |

**Chapter 13 Case # 19-10621**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 01/09/2023 | ($1.05) | 903662 | | 01/09/2023 | $1.05 | 904808 |
| STATE OF NJ | | | | | | | |
| | 12/11/2023 | $497.07 | 921079 | | 01/08/2024 | $1,685.61 | 922438 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 07/15/2019 | $1,041.41 | 8001153 | | 10/21/2019 | $289.52 | 8001281 |
| | 11/18/2019 | $1,445.18 | 8001323 | | 12/16/2019 | $1,390.89 | 8001362 |
| | 02/10/2020 | $1,244.17 | 8001441 | | 03/16/2020 | $1,390.89 | 8001481 |
| | 04/20/2020 | $1,390.89 | 8001529 | | 05/18/2020 | $1,320.46 | 8001590 |
| | 06/15/2020 | $1,320.46 | 8001647 | | 09/21/2020 | $4,256.48 | 8001832 |
| | 10/19/2020 | $323.47 | 8001890 | | 12/21/2020 | $323.47 | 8002005 |
| | 01/11/2021 | $323.47 | 8002061 | | 02/22/2021 | $646.95 | 8002118 |
| | 04/19/2021 | $323.48 | 8002224 | | 06/21/2021 | $657.44 | 8002325 |
| | 07/19/2021 | $328.72 | 8002377 | | 08/16/2021 | $328.72 | 8002427 |
| | 09/20/2021 | $328.72 | 8002474 | | 11/17/2021 | $664.44 | 8002576 |
| | 02/14/2022 | $1,328.87 | 8002731 | | 04/18/2022 | $332.22 | 8002837 |
| | 05/16/2022 | $337.46 | 8002890 | | 06/20/2022 | $337.46 | 8002942 |
| | 07/18/2022 | $337.46 | 8002992 | | 08/15/2022 | $337.46 | 8003040 |
| | 09/19/2022 | $337.46 | 8003095 | | 10/17/2022 | $337.47 | 8003145 |
| | 11/14/2022 | $337.46 | 8003196 | | 12/12/2022 | $330.47 | 8003251 |
| | 01/09/2023 | $46.98 | 8003303 | | 01/09/2023 | $2,125.57 | 8003303 |
| | 02/13/2023 | $2,477.79 | 8003361 | | 04/17/2023 | $7,434.32 | 8003467 |
| | 05/15/2023 | $2,477.79 | 8003525 | | 06/12/2023 | $2,451.57 | 8003577 |
| | 07/17/2023 | $2,451.57 | 8003634 | | 08/14/2023 | $2,451.57 | 8003689 |
| | 09/18/2023 | $2,451.57 | 8003748 | | 10/16/2023 | $2,451.57 | 8003804 |
| | 11/13/2023 | $2,451.57 | 8003857 | | 12/11/2023 | $1,700.90 | 8003904 |
| | 12/11/2023 | $212.77 | 8003904 | | 01/08/2024 | $721.54 | 8003946 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: March 12, 2024.

Receipts: $131,127.98     -     Paid to Claims: $115,529.00     -     Admin Costs Paid: $15,598.98   =     Funds on Hand: $0.00

Base Plan Amount: $131,127.98          -     Receipts:  $131,127.98               =       Total Unpaid Balance: **$0.00

**NOTE**:   THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.